USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 09/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PARUCH,

                Plaintiff,

- against -

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                Defendant.

ORDER

09 Civ. 6061

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the parties in the above-captioned action conduct limited fact discovery as to the applicability of ERISA, and complete such discovery no later than December 31, 2009. It is further

        ORDERED that the parties send a joint letter to the Court via fax, no later than December 31, 2009, explaining the parties' position as to whether ERISA applies in this action. It is further

        ORDERED that – in the event motion practice is necessary to resolve the applicability of ERISA – motion papers shall be submitted pursuant to the following schedule:

        (1) Moving papers are due on January 29, 2010;

        (2) Opposition papers are due on February 12, 2010; and

        (3) Reply papers are due on February 19, 2010.

The parties are directed to consult Paragraph 3C of this Court's Individual Practices – the "Bundling Rule" – before making their motion filings. It is further

ORDERED that Plaintiff may file an Amended Complaint in this action no later than October 7, 2009.

Dated:	New York, New York
	September 23, 2009

SO ORDERED.

*Paul A. Gardephe*
Paul G. Gardephe
United States District Judge

2